# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Darell Forrest

Plaintiff,

v.

Case No.: 1:22−cv−00717
Honorable John Z. Lee

Sang Heun Lee

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 8, 2022:

MINUTE entry before the Honorable John Z. Lee: Upon review, the complaint [1] and affidavit [6] in this case are duplicative of those filed in Plaintiff's case before Judge Feinerman, 22−cv−00716. The Court orders Plaintiff to file an explanation as to whether these cases are factually distinct by 9/15/22. Additionally, Plaintiff failed to complete questions 1−3 of his application to proceed in forma pauperis. Plaintiff must file a completed in forma pauperis application or pay the $402 filing fee by 9/15/22. If Plaintiff fails to complete either of these filings, this case will be dismissed for want of prosecution. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.