**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**


Darell Forrest

            Plaintiff,

v.                                                      Case No.: 1:22–cv–00717
                                                        Honorable John Robert Blakey

Sang Heun Lee

            Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, September 12, 2022:


        MINUTE entry before the Honorable John Robert Blakey: This case has been assigned to the calendar of the Honorable John Robert Blakey. Consistent with Judge Lee's 8/15/22 order [9], the 9/15/22 deadline for Plaintiff's written explanation stands. If Plaintiff fails to comply or fails to explain how this case differs factually from Case No. 22–cv–00716, the Court will dismiss this case. Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.