## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Darell Forrest

        Plaintiff,

v.

      Case No.: 1:22–cv–00717
      Honorable John Robert Blakey

Sang Heun Lee

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 21, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Consistent with this Court's 9/12/22 order [11], and Judge Lee's 8/8/22 order [8], the Court hereby dismisses this case based upon Plaintiff's failure to comply and directs the Clerk to enter final judgment of dismissal. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.